THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES C. HENDRICK, Respondent, *v.* WARDEN OF RAYMOND STREET JAIL et al., Appellants.

*People ex rel. Hendrick* v. *Warden, etc.*, 168 App. Div. 932, affirmed.
(Submitted November 16, 1915; decided November 30, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 23, 1915, which affirmed an order of Special Term discharging, on habeas corpus proceedings, the relator from arrest for non-payment of alimony, on the ground that he had suffered six months' incarceration therefor.

*Charles Goldzier* and *George F. Mattuck* for appellants.

*Charles C. Hendrick* for respondent.

Order affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.